UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR D. SOLTERO,<br><br>       Plaintiff,<br><br>  v.<br><br>KING,<br><br>       Defendant. | No. 2:20-cv-1593 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, in an action brought under 42 U.S.C. § 1983. Plaintiff requests that he be provided blank subpoena forms for the attendance of witnesses, as well as any travel expense forms or any other forms required to ensure the attendance of witnesses, citing the court's discovery and scheduling order.

Plaintiff's request is premature. As noted in the court's discovery and scheduling order, by subsequent order, plaintiff will be required to file a pretrial statement and motion for the attendance of witnesses. (ECF No. 19.) In other words, once discovery has closed, the dispositive motion filing deadline has passed or dispositive motions have been resolved, the court will issue a new scheduling order that provides deadlines for the filing of pretrial statements, as well as plaintiff's motion for the attendance of witnesses at trial. Plaintiff is required to make a "particularized showing in the pretrial statement in order to obtain the attendance of witnesses at trial." (ECF No. 19 at 1.)

Moreover, at present, no court hearing is scheduled, and this case has not yet been set for trial. For subpoena forms requiring the attendance of witnesses, plaintiff must include the date of the proceedings to which the witness is being summoned. Once plaintiff's motion for attendance of witnesses has been granted, and this case is set for trial, plaintiff will have sufficient time to request subpoena forms for the attendance of any witness authorized by court order.

For the above reasons, plaintiff's request is premature and is denied without prejudice to renewal at the appropriate time.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for subpoena forms is (ECF No. 22) is denied without prejudice.

Dated: January 7, 2021

/solt1593.subp

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE